IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN SWIMMER
REG. #09756-062                                                              PETITIONER

VS.                          2:09CV00117 JMM/JTR

T.C. OUTLAW,
Warden, FCI - Forrest City                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

(1)     The Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2241, be DISMISSED, WITH PREJUDICE.

Dated this 4th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE