IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN SWIMMER
REG. #09756-062                                      PETITIONER

VS.                  2:09CV00117 JMM/JTR

T.C. OUTLAW,
Warden, FCI - Forrest City                             RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2241, be and it hereby is DENIED, with prejudice.

Dated this 4th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE